UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALLAN POLLER,<br><br>Defendant. | Case No. 23-mj- 59-01-AJ<br><br>MOTION TO SEAL |

The United States of America respectfully moves to seal at Level I the entire matter, including the criminal complaint, affidavit, warrant, this motion, and the corresponding docket text entries, expiring on April 30, 2023.

The disclosure of these materials prior to the defendant's arrest could result in flight from prosecution, danger to officers executing the arrest, or the destruction of evidence.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: March 31, 2023

By: /s/ Jarad E. Hodes
Jarad E. Hodes
Assistant United States Attorney
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552

Motion:  ☑ Granted   ☐ Denied

Andrea K. Johnstone
United States Magistrate Judge
**Mar 31, 2023**